UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYNN A. MOBLEY and JOHN P. MOBLEY,<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD SLOAN AND ASSOCIATES, INC.,<br><br>Defendant. | 3:19-cv-00986-N |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

**To the Clerk of the U.S. District Court for the Northern District of Texas**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs KATELYNN A. MOBLEY and JOHN P. MOBLEY, requests that the Clerk of this Honorable Court enter the default of Defendant EDWARD SLOAN AND ASSOCIATES, INC., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: May 21, 2019

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Plaintiff, certifies that on May 21, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail, postage prepaid and email to:

Edward Sloan and Associates, Inc.
368 Private Road 8565
Winnsboro, TX 75494
Email: esa@esarecovery.com

Edward Sloan and Associates, Inc.
RT. 2, Box 21135
Winnsboro, TX 75494

Edward Sloan and Associates, Inc.
PO Box 788
Winnsboro, TX 75494


Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103